

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Dovie Jennings, III., Appellant

No. 06-23-00155-CR        v.

The State of Texas, Appellee

Appeal from the 123rd District Court of Panola County, Texas (Tr. Ct. No. 2001-C-063). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice Rambin.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment by modifying the "Judgment Revoking Community Supervision" and change Jennings's name from "Dovie Jennings" to "Dovie Jennings, III." We also find error in the bill of costs. Therefore, we modify the bill of costs by (1) deleting the three Time Payment Fees of $2.50, $10.00, and $12.50; (2) deleting "If total court costs, reimbursement fees, and fines are not paid within 30 days of the Judgment, an additional Time Payment Fee of $15.00 will be assessed pursuant to the applicable statutes and related case law. (CCP § 102.030)[,]" (3) deleting the "Judicial and Court Personnel Training Fee" of $2.00, and (4) reducing the "Records Management and Preservation Fee - County" from $40.00 to $25.00. As modified, we affirm the judgment of the trial court.

We note that the appellant, Dovie Jennings, III., has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED APRIL 3, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk